NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD M. CAMPBELL,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1760

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-7962, Judge Joseph L. Falvey, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Richard M. Campbell's motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and the Secretary of Veterans Affairs's response to the court's November 19, 2025 order,

2                                                          CAMPBELL v. COLLINS

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>December 1, 2025</u>
Date

ISSUED AS A MANDATE:  <u>December 1, 2025</u>